IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,                                           ORDER
                                                       07-cr-133-jcs-1

    v.

PETER FLICKNER,

        Defendant.

---

    Defendant's motion to reconsider detention pending sentencing came on to be heard before the Court on January 23, 2008, the government having appeared by Erik C. Peterson, United States Attorney for the Western District of Wisconsin, by Daniel Graber, Assistant United States Attorney; defendant in person and by Erika Bierma. Honorable John C. Shabaz, District Judge, presided.

    As stated from the bench, the Court finds that it is unable to make a determination by clear and convincing evidence that defendant is neither a flight risk nor a danger to the community. A review of defendant's criminal history shows several convictions for drug charges and two for conduct similar to the underlying charge in this case. Additionally, by defendant's own admission, he used marijuana just prior to his arrest. Despite having several prior convictions, defendant has never faced significant prison time.

                                         ORDER

    IT IS ORDERED that defendant's motion is DENIED.

    IT IS FURTHER ORDERED that defendant be provided forthwith and immediately the type of care that his present physical condition requires to include any medications prescribed.

    Entered this 23rd day of January, 2008.

                                       BY THE COURT:

                                       ___/s/_____
                                       JOHN C. SHABAZ
                                       District Judge